## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　:　　CRIMINAL NO. 1:23-CR-0001-02

　　　　　　　　　　　　　　　:

　　　　　　v.　　　　　　　　:

　　　　　　　　　　　　　　　:

SERGIO JARA,　　　　　　　　:

　　　　　　　　　　　　　　　:

　　　　　　Defendant　　　　:

**FILED**
HARRISBURG, PA

JAN 1 1 2023

PER_____
DEPUTY CLERK

### PLEA

AND NOW, this ___11___ day of ___January___, 2023, the within

named defendant, hereby enters a plea of ___Not guilty___ to the within

Indictment.

X_____
(Defendant's Signature)

_____
(Defense Counsel)