**Receipt for Collateral**

**United States District Court - Middle District of Pennsylvania**

Receipt #: HBGOC217

Name:   Duvany Zambrano

Address: 143 B. New Cedar Lane

City/State/Zip:   Hamilton, NJ 08610

Case # 1:23-cr-1

Item:   Republica Del Ecuador Passport A4542031

Date Received:   01/12/2023

Location:   Harrisburg

Received By: _____