# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:23-CR-0001-01 |
| v. : | |
| DUVANY ZAMBRANO, : | |
| Defendant : | |

FILED
HARRISBURG, PA
JAN 12 2023
PER _____
DEPUTY CLERK

**PLEA**

AND NOW, this 12th day of January, 2023, the within named defendant, hereby enters a plea of not guilty to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)